UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**FILED**

JAN 0 8 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

---------------------------------X

UNITED STATES OF AMERICA,

        v.

Case No. 16-CR-401

MARCO PEREZ.

---------------------------------X

MOTION FOR REDUCTION IN SENTENCE,

APPOINTMENT OF COUNSEL, AND ORAL ARGUMENT


Marco Perez, the pro se Defendant, moves the Court to
(1) reduce his sentence to time served based on the
"extraordinary and compelling" reasons discussed below (2)
appoint counsel (3) expedite consideration and (4) permit oral
argument on this motion.


INTRODUCTION


Marco Perez is serving a 70 month term of imprisonment
imposed by this Court following his guilty plea conviction for
possession with intent to distribute a controlled substance
and illegal reentry by a deported alien.  He is 44 years of
age and has already served 47 months of that term (42 months
actual jail time plus 5 months good time credit earned).
Exhibit 1.

On December 5, 2019, Perez submitted a written request to
Warden M. Lincon-Vitale asking that the Bureau of Prisons
"BOP" move this Court for a reduction of Perez' sentence under

18 U.S.C. § 3582(c)(1)(A)(i). Exhibit 2.  His application shows that he is suffering from a serious physical and medical condition that has substantially worsened due to the prison system's indifference to his medical care needs which has subjected him to live with unnecessary pain, numbness and a loss of mobility. Id.  As of the date of this filing, more than 30 days after Perez made his request to the warden - the BOP has not filed a motion on his behalf with the Court.

Thanks to the amendments to § 3582(c)(1)(A) enacted as part of the First Step Act, the Court is now empowered to bring a measure of justice to Perez' sentence, and we ask the Court to do just that for the reasons set forth below. See P.L. 115-391, 132 Stat. 5194, at § 603 (Dec. 21, 2018).

## DISCUSSION

The Court has the authority to reduce Perez' sentence based on the extraordinary and compelling circumstances presented herein.  First, it has the jurisdiction to hear this motion under § 3582(c)(1)(A)(i) because more than 30 days have passed since the warden received Perez' request, and the Director of the BOP has not filed a motion with this Court. Second, the circumstances here constitute extraordinary and compelling reasons to warrant a sentence reduction.

A.  The Court Has Jurisdiction to Grant Release for "Extraordinary and Compelling Reasons"

The compassionate release statute was first enacted as

part of the Comprehensive Crime Control Act of 1984. It provided that a district court could not modify a final term of imprisonment except in four situations, one of which was the existence of "extraordinary and compelling reasons" warranting the reduction, as determined by the sentencing court. But although the courts had the final decision-making authority over whether a sentence would be reduced, the statute imposed a gatekeeper - that authority could be invoked only upon a motion by the Director of the BOP. Without such a motion, sentencing courts were powerless to reduce a prisoner's sentence, even if the court concluded that extraordinary and compelling reasons warranted the reduction. 18 U.S.C. § 3582(c)(1)(A)(i); see also P.L. 98-473, 98 Stat 1837 (Oct 12, 1984).

That changed when Congress enacted the First Step Act, which amended § 3582(c)(1)(A). See P.L. 115-391, 132 Stat. 5194, at § 603 (Dec. 21, 2018). Under the amended statute, a court can now reduce a sentence for "extraordinary and compelling reasons" in two circumstances: (i) if the Director of the BOP files a motion requesting such relief; or (ii) "upon motion of the defendant," if the defendant has fully exhausted all administrative remedies to appeal the BOP's failure to bring a motion, or if 30 days has elapsed "from the receipt of such a request by the warden of the defendant's facility," whichever is earlier. 18 U.S.C. § 3582(c)(1)(A). See also US v Cantu, No. 1:05-cr-458-1, 2019 WL 2498923, at *3 (S.D. Tex. June 17, 2019)("[u]nder the newly amended § 3582(c)(1)(A) [the defendant] has standing to bring this motion because more than 30 days elapsed between his

3

reduction-in-sentence request to the warden and a response.");
US v Cantu-Rivera, No. CR HR-89-204, 2019 WL 2578272, at *1
(S.D. Tex. June 24, 2019)(defendant's "petition ... meets the
requirement of a lapse of 30 days from the receipt by the
warden of the defendant's facility ... The Court therefore has
the authority to address the motion of the defendant.").

As noted above, Perez submitted his request to the warden
on October 23, 2019. As of the date of this filing, more than
30 days after Perez submitted his request, the BOP has not
filed a motion with this Court on Perez' behalf. Accordingly,
Perez is entitled to bring his motion directly to the Court
pursuant to 18 U.S.C. § 3582(c)(1)(A), and this Court is
vested with the jurisdiction to rule on the requested relief.


B. Extraordinary and Compelling Circumstances Warrant a
Reduction in Perez' Sentence


Perez is 44 years of age, served 67% percent of his 70
month sentence, and is suffering from a serious physical and
medical condition that has substantially worsened due to the
prison system's indifference to his medical care needs which
has subjected him to live with unnecessary pain, numbness and
a loss of mobility. Exhibit 3. These circumstances constitute
an "extraordinary and compelling reason" as defined by the
Sentencing Commission to warrant a sentence reduction. See
USSG § 1B1.13 n.1 (D).

Specifically, he suffers from serious back injuries to
his L3, L4 and L5 vertebrae which he sustained during an
accident while trying to evade federal authorities in 2012.

By the time he was incarcerated on the instant offense, he was undergoing extensive treatment at outside medical centers in preparation for surgery. This treatment ended upon his incarceration. Shortly after his 2016 arrest, he was given an MRI which revealed the three injured vertebrae had continued to deteriorate, and was examined by a specialist who recommended surgery. However, he did not receive the recommended surgery. Instead, he was transferred from Kankee County Jail to MCC Chicago where he was given X-rays (showing further L4 and L5 vertebrae deterioration) and recommended again for surgery with concerns for possible spine fusion. However, he did not receive that recommended surgery either. Instead, he was transferred to a series of correctional facilities: first FCI Pekin, then FCI Marianna, next USP Yazoo, and finally FCI Danbury where he is currently held at this time. With each transfer, the medical evaluation process commenced anew, causing delay after delay, which withheld the previously recommended surgeries.

This indifference to the severity of his condition and medical care needs over the term of his incarceration has caused his condition to substantially worsen, and subjected him to live with unnecessary pain and numbness to his legs and feet. It has also resulted in loss of mobility throughout his legs, feet and back, and loss of strength. Such indifference for medical care has recently been held to constitute "extraordinary and compelling reasons" to warrant compassionate release. See e.g., US v Beck, 2019 WL 27165505 (M.D.N.C. June 28, 2019)(finding BOP's history of indifference to defendant's medical treatment constitutes extraordinary and

compelling reasons under U.S.S.G. § 1B1.13, n.1(D) and 18 U.S.C. § 3582(c)(1)(A)(i) to grant compassionate release).

The prison systems indifference to his medical care needs is a development subsequent to his sentencing that could not have been anticipated by the sentencing court which has resulted in unfairness to Perez. To this end, he was sentenced to serve a 70-month sentence and he has served that sentence commendably. In executing his sentence, the BOP had a statutory duty to provide him with proper, timely medical care. At sentencing, the Court recognized the severity of his medical issues, told Perez that BOP would provide him the necessary medical care he needed, and recommended he be designated to BOP's medical facility in Rochester, Minnesota so he could receive that care. The Court based the term of his sentence (as required by one of the § 3553(a) factors) under the reasonable expectation that his incarceration would provide for him with the necessary medical care he needed. The Court certainly could not have anticipated that instead of designating Perez to a facility that could meet his medical care needs, that BOP would instead subject him to a series of transfers that would effectively cause the withhold of medical care, and that in doing so BOP would cause his condition to su bstantially worsen, and thereby subject him to live with unnecessary pain, numbness, loss of mobility (throughout his legs, feet and back) and loss of strength.

The Supreme Court has interpreted the pre-First Step Act compassionate release statute to provide relief in situations such as this; i.e., when a sentencing court's "failure to anticipate developments that take place after ... sentencing

6

... produce unfairness to the defendant." Sester v US., 566
U.S. 231, 242-43 (2012).

C. THE CRITERIA FOR REASSESSING THE LENGTH OF PEREZ'
SENTENCE WEIGH STRONGLY IN FAVOR OF A REDUCTION

In determining whether Perez' sentence should be reduced,
the court must decide, inter alia, whether his release
presents a danger to the safety of any other person or to the
community as provided in 18 U.S.C. § 3142(g). U.S.S.G. §
1B1.13(2). If he does not, the Court looks to the factors
outlined in 18 U.S.C. § 3553(a). As explained below, all of
the factors weigh strongly in favor of Perez' release.

1. Perez Is Not a Danger

If Perez is released now he would not pose a danger to
the community. Though he engaged in serious criminal conduct
that was deserving of a serious punishment, his increased age
(44 years), exemplary post-conviction record, severe health
issues, debilitating medical and physical condition, high
probability of permanent injury, and need for medical care
provide sufficient evidence that his release at this time
poses no danger to any other person or the community. See
e.g., US Sent Comm., Measuring Recidivism, 2004 ("Recidivism
rates decline relatively consistently as age increases",
reaching a low percentage of 6.2% for defendants whose age
exceeds 50 years by the time they are released.); see also US
Dep't of Justice, the "Federal Bureau of Prisons,

Compassionate Release Program:, April 2013 (finding recidivism is extremely rare among compassionate release inmates).

Additionally, his aunt, Antonia O'Campo, who lives in Iguala Guerrero, Mexico, has agreed to provide him housing, along with financial and familial support necessary for his successful transition back to his community.  She and other family members have also agreed to help him obtain and pay for the necessary medical care and surgery he needs.


2. The § 3553(a) Factors Strongly Favor Relief


This Court must next weigh the 18 USC § 3553(a) factors to determine whether Perez' request for sentence reduction should be granted.  Perez' rehabilitation (Exhibit 4) and good behavior during his incarceration (with no disciplinary history) weighs in favor of a reduced sentence.  While his crimes were serious, he has accepted responsibility for them and has already endured serious punishment for them.

Moreover, because Perez has served the entirety of his incarceration with debilitating, chronic and serious medical issues, and because his condition has further deteriorated and subjected him to live with unnecessary pain, numbness, lost of mobility (throughout his legs, feet and back), and loss of strength, his "sentence has been significantly more laborious than that served by most inmates.  It also means that further incarceration in [his] condition would be greater than necessary to serve the purposes of punishment set forth in § 3553(a)(2)." U.S. v Beck, No. 1:13-CR-186-6, 2019 WL 2716505 (M.D.N.C., June 28, 2019).

D. Perez Is Deserving of Mercy

With the passage of the First Step Act, Congress emphasized the imperative of reducing unnecessary incarceration and avoiding unduly punitive sentences that do not serve the ends of justice. United States v Simons, No. 07-CR-00874, 2019 WL 1760840, at *8 (E.D.N.Y. Apr. 22, 2019). Perez' conduct and initiative during his incarceration demonstrate rehabilitation.  He has spent his time in prison improving himself and has had no disciplinary infractions.

For the reasons mentioned above, we respectfully urge the Court to use the power conferred by the First Step Act to reduce Perez' sentence.


E. APPOINTMENT OF COUNSEL IS WARRANTED

Several reasons warrant appointment of counsel.

First, Perez has made a prima facie showing that (1) his case presents "extraordinary and compelling reasons" to warrant a sentence reduction (2) the § 3553(a) factors weight in favor of such reduction (3) his release poses no danger to any other person or the community (4) the requested reduction is consistent with USSG § 1B1.13.

Second, the factual issues involve complex medical matters that will likely necessitate medical and scientific expertise to reach a fair and just decision.

Third, Perez is an indigent, incarcerated litigant, who lacks legal knowledge and training of the law, and is

medically and physically frail. And while he has obtained the help of another inmate to prepare this submission, that inmate is not trained in the law, and possess no medical expertise, competency or experience to properly present the complex medical issues raised herein.

Fourth, most significantly, the relevant law with regard to post-First Step Act compassionate release cases is new and developing daily. Indeed, numerous decisions have held U.S.S.G. § 1B1.13 (the relevant USSG policy statement) is invalid because the Sentencing Commission has not updated it to reflect the substantive changes made by the First Step Act in violation of its statutory mandate under 28 U.S.C. § 994. See e.g., US v Cantu, No. 1:05-cr-458-1, 2019 WL 2498923 (S.D. TX. June 17, 2019) ("Given the changes to the statute, the policy statement that was previously applicable to 18 U.S.C. § 3582(c)(1)(A) no longer fits the statute and thus does not comply with the congressional mandate that the policy statement provide guidance on the appropriate use of the sentence-modification provision under § 3582"); US v Cantu-Rivera, No. CR HR-89-204, 2019 WL 2498923 (S.D. TX June 24, 2019)(same); US v Beck, No. 1:13-CR-186-6, 2019 WL 2716505 (M.D.N.C. June 28, 2019)(same); US v Fox, No. 2:14-CR-03, WL 2019 3046086 (D. Me July 11, 2019)(same).

As a result of this state of legal confusion and flux, counsel is needed to determine whether other reasons that exist in Perez' case constitute "extraordinary and compelling reasons" for sentence reduction beyond the enumerated examples listed in the commentary of the pre-First Step Act § 1B1.13 which has been held invalid by numerous district courts.

F. EXPEDITED CONSIDERATION IS WARRANTED

Several reasons warrant expedited consideration.

First, Perez has made a prima facie showing that if the facts are fairly and fully developed he may be entitled to immediate release.

Second, a favorable resolution of this matter will impact upon Perez' safety, health and well-being because (1) he is suffering from debilitating, chronic and serious medical issues (2) his condition has further deteriorated and subjected him to live with unnecessary pain, numbness, lost of mobility (throughout his legs, feet and back), and loss of strength.

## CONCLUSION

For good cause having been shown the Court should grant Perez' request motion to (1) reduce his sentence to time serve (2) appoint counsel (3) expedite consideration and (4) permit oral argument on this motion.

## VERIFICATION

I Marco Perez declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing assertions are true and correct to the best of my knowledge and belief.

## CERTIFICATE OF SERVICE

I declare that a true and correct copy of this motion and accompanying exhibits was served upon counsel for the United States by the Court's ECF system.

Respectfully submitted,

Marco Perez

Marco Perez, pro se

Dated: January    , 2020

EXHIBIT 1

```
 DANFX  540*23 *            SENTENCE MONITORING          *      12-11-2019
PAGE 001          *            COMPUTATION DATA            *      12:03:16
                               AS OF 12-11-2019


REGNO..: 17174-379 NAME: PEREZ, MARCO


FBI NO...........: 886412TA0           DATE OF BIRTH: 06-17-1975  AGE:  44
ARS1.............: DAN/A-DES
UNIT.............: W                    QUARTERS.....: M01-012L
DETAINERS........: YES                  NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 12-09-2020

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-09-2021 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION...........: ILLINOIS, NORTHERN DISTRICT
DOCKET NUMBER...................: 16 CR 401-1
JUDGE...........................: KENDALL
DATE SENTENCED/PROBATION IMPOSED: 02-05-2018
DATE COMMITTED..................: 03-19-2018
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.: $200.00         $00.00          $00.00         $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO        AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 380    21:841 SCH I NARCOTIC
OFF/CHG: 21:8419(A)(1)& 846 KNOWLINGLY AND INTENTIONALLY POSSESS WITH
         INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE CT1.8 & 6:1326(A)
         (B)(2); 202(4) ILLEGAL REENTRY BY A DEPORTED ALIEN CT5.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   70 MONTHS
 TERM OF SUPERVISION............:    4 YEARS
 DATE OF OFFENSE................: 03-01-2016




G0002      MORE PAGES TO FOLLOW . . .
```

```
   DANFX  540*23 *            SENTENCE MONITORING        *     12-11-2019
PAGE 002          *           COMPUTATION DATA           *     12:03:16
                              AS OF 12-11-2019
```

REGNO..: 17174-379 NAME: PEREZ, MARCO

------------------------CURRENT COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 08-05-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-03-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

```
DATE COMPUTATION BEGAN..........: 02-05-2018
TOTAL TERM IN EFFECT............:    70 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     5 YEARS     10 MONTHS
EARLIEST DATE OF OFFENSE........: 03-01-2016

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                   06-21-2016     02-04-2018

TOTAL PRIOR CREDIT TIME.........: 594
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 314
TOTAL GCT EARNED................: 162
STATUTORY RELEASE DATE PROJECTED: 06-09-2021
EXPIRATION FULL TERM DATE.......: 04-19-2022
TIME SERVED.....................:     3 YEARS       5 MONTHS      23 DAYS
PERCENTAGE OF FULL TERM SERVED..: 59.6

PROJECTED SATISFACTION DATE.....: 06-09-2021
PROJECTED SATISFACTION METHOD...: GCT REL
```

REMARKS.......: 8-5-19 GCT UPDATED PURSUANT TO FSA R/JMD.

G0002       MORE PAGES TO FOLLOW . . .

```
  DANFX  540*23 *              SENTENCE MONITORING         *     12-11-2019
PAGE 003           *            COMPUTATION DATA           *     12:03:16
                                AS OF 12-11-2019
```

REGNO..: 17174-379 NAME: PEREZ, MARCO


---------------------------- CURRENT DETAINERS: ----------------------------


DETAINER NO..: 002
DATE LODGED..: 04-10-2018
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....: US IMMIGRATION & NATURALIZATION
CHARGES......: A029643981; WILL DEPORT


G0002        MORE PAGES TO FOLLOW . . .

```
 DANFX  540*23 *            SENTENCE MONITORING        *      12-11-2019
PAGE 004        *           COMPUTATION DATA           *      12:03:16
                            AS OF 02-20-2013
```

REGNO..: 17174-379 NAME: PEREZ, MARCO


FBI NO...........: 886412TA0           DATE OF BIRTH: 06-17-1975  AGE:  44
ARS1.............: DAN/A-DES
UNIT.............: W                    QUARTERS.....: M01-012L
DETAINERS........: YES                  NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 02-03-2013

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  02-20-2013 VIA FT REL


               RELEASE AUDIT COMPLETED ON 09-14-2012 BY DSCC
-----------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------
COURT OF JURISDICTION...........: TEXAS, SOUTHERN DISTRICT
DOCKET NUMBER...................: 5:12-PO-08145
JUDGE...........................: QUIROGA
DATE SENTENCED/PROBATION IMPOSED: 08-29-2012
DATE COMMITTED..................: 09-19-2012
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:  $00.00         $10.00          $00.00        $00.00

RESTITUTION...:  PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  170    8:1325 ILLEGAL ENTRY INTO US
OFF/CHG: 8:1325(A)(1) ILLEGAL ENTRY

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   180 DAYS
 DATE OF OFFENSE................: 08-25-2012




G0002      MORE PAGES TO FOLLOW . . .

```
  DANFX  540*23 *              SENTENCE MONITORING           *      12-11-2019
PAGE 005        *              COMPUTATION DATA              *      12:03:16
                              AS OF 02-20-2013


REGNO..: 17174-379 NAME: PEREZ, MARCO


-------------------------PRIOR COMPUTATION NO: 010 -------------------------


COMPUTATION 010 WAS LAST UPDATED ON 09-04-2012 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-14-2012 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010


DATE COMPUTATION BEGAN..........: 08-29-2012
TOTAL TERM IN EFFECT............: 180 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    5 MONTHS    27 DAYS
EARLIEST DATE OF OFFENSE........: 08-25-2012

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    08-25-2012    08-28-2012

TOTAL PRIOR CREDIT TIME.........: 4
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 02-20-2013
EXPIRATION FULL TERM DATE.......: 02-20-2013
TIME SERVED.....................:    5 MONTHS    27 DAYS
PERCENTAGE OF FULL TERM SERVED..: 100.0

ACTUAL SATISFACTION DATE........: 02-20-2013
ACTUAL SATISFACTION METHOD......: FT REL
ACTUAL SATISFACTION FACILITY....: BMM
ACTUAL SATISFACTION KEYED BY....: ABA

DAYS REMAINING..................: 0
FINAL PUBLIC LAW DAYS...........: 0




G0002      MORE PAGES TO FOLLOW . . .
```

```
  DANFX  540*23 *           SENTENCE MONITORING        *    12-11-2019
PAGE 006 OF 006 *            COMPUTATION DATA           *    12:03:16
                            AS OF 02-20-2013


REGNO..: 17174-379 NAME: PEREZ, MARCO


------------------------------ PRIOR DETAINERS: -----------------------------

DETAINER NO..: 001
DATE LODGED..: 10-09-2012
AGENCY.......: IMMIGRATION & NATURALIZATION
AUTHORITY....: IMMIGRATION, CUSTOMS, ENFORCMENT
CHARGES......: FILE NO. A029643981 POSSIBLE DEPORTATION


DATE RELEASED: 02-20-2013
```

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

EXHIBIT 2

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Warden Lincon-Vitale | DATE: December 5, 2019 |
|---|---|
| FROM: Marco Perez | REGISTER NO.: 17174-379 |
| WORK ASSIGNMENT: | UNIT: M-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Please find attached my request for a RIS motion under PS 5050.50

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Do not write below this line)

DISPOSITION:




| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

INMATE MARCOS PEREZ (17174-379)

REQUEST FOR A RIS MOTION

A.    INITIATION OF REQUEST

I request BOP file a motion for a reduction in sentence ("RIS") based on the "other reasons" criteria of United States Sentencing Guidelines, Section 1B1.13 comment (n.1)(D), the policy statement for compassionate release, which permits a reduction when "there exists in a defendant's case an extraordinary and compelling reason other than or in combination with," the remainder of the Guidelines definition. See U.S.S.G. § 1B1.13, n.1(D).

B.    EXTRAORDINARY AND COMPELLING CIRCUMSTANCES

I believe my medical conditions and lack of medical care present particularly extraordinary and compelling reasons so as to qualify me for the requested RIS motion.

I suffer from serious back injuries to my L3, L4 and L5 vertebrae which I sustained when I jumped from a train while trying to evade federal authorities in 2012. By the time I was incarcerated on the instant offense, I was undergoing extensive treatment at outside medical centers in preparation for surgery. This treatment ended upon my incarceration. Shortly after my 2016 arrest, I was given an MRI which revealed the three injured vertebrae had continued to deteriorate, and I was examined by a specialist who recommended surgery. However, I did not receive the recommended surgery. Instead I was transferred from Kankee County Jail to MCC Chicago where I was given X-rays (showing

further L4 and L5 vertebrae deterioration) and recommended again for surgery with a concern for possible spine fusion. However I did not receive that recommended surgery either. Instead, I was transferred to a series of correctional facilities; first FCI Pekin, then FCI Marianna, next USP Yazoo, and finally FCI Danbury. With each transfer, the medical evaluation process commenced anew, causing delay after delay, which has effectively withholding of the previously recommended surgery.

This indifference to the severity of my condition and medical care needs over the term of my incarceration has caused my condition to substantially worsen, and subjected me to live with unnecessary pain and numbness to my legs and feet. It has also resulted in the loss of mobility throughout my legs, fee and back, and loss of my strength. Such indifference for medical care, has recently been judicial found to constitute "extraordinary and compelling reasons" to warrant compassionate release. See US v Beck, 2019 WL 27165505 (M.D.N.C., June 28, 2019)(finding BOP's history of indifference to defendant's medical treatment constitutes extraordinary and compelling reasons under U.S.S.G. § 1B1.13, n.1(D) and 18 U.S.C. § 3582(c)(1)(A)(i) to grant compassionate release).

The prison systems to my medical care needs is a development subsequent to my sentencing which could not have been anticipated by the sentencing judge, and which has resulted in unfairness to me. To this end, I was sentence to serve a 70 month sentence and have served that sentence commendably. Under federal law, in executing my sentence, the

BOP is required to provide me with proper, timely medical care. At sentencing, the judge recognized the severity of my medical issues, told that the BOP would provide me with the necessary medical care I needed, and recommended that BOP designate me to its medical facility in Rochester Minn. so I would receive the necessary level of care. She based the term of my sentence, I her reasonable expectation that my incarceration would provide me with the necessary medical care. She certainly could not have anticipated that instead of designating me to a medical facility, BOP would subject me to a series of transfers that would effectively cause the withhold of medical care, and that in doing so BOP would cause my condition to substantially worsen, and subject me to live with unnecessary pain, numbness, loss of mobility throughout my legs, fee and back, and loss of strength.

The Supreme Court has interpreted to the compassionate release statute to provide relief in situations such as this; i.e., when a sentencing court's "failure to anticipate developments that take place after ... sentencing ... produce unfairness to the defendant." Sester v US, 566 US 231, 242-43 (2012)

C.   RELEASE PLAN

If granted a reduction in sentence at this time, I would live with my aunt, Antonia O'Campo, at her family home in Iguala Guerrero, Mexico. She and my other family members have agreed to help me obtain and pay for the necessary medical care and surgery that I need. They have also agreed to provide me with housing, financial assistance, and the

necessary moral and financial support to help me successfully transition back to the community. My family members will confirm the foregoing if contact by FCI Danbury staff, the US Probation Department, or my sentencing court.

D.   MY RELEASE POSES NO DANGER

My increased age (44 years), exemplary record of extraordinary rehabilitation, severe health issues, decreased mobility, high probability of permanent injury, and need for medical care, provide sufficient evidence showing that my release at this time poses no danger to any other person or the community. See e.g., US Sent Comm., Measuring Recidivism, 2004 ("Recidivism rates decline relatively consistently as age increases", reaching a low percentage of 6.9% for defendants whose age exceeds 40 years by the time they are released); see also U.S. Dep't of Justice, the "Federal Bureau of Prisons, Compassionate Release Program", April 2013 (finding recidivism is extremely rare among compassionate released inmates).

CONCLUSION

For good cause having been shown, I humbly ask that my request for a RIS motion be granted.

_____

Marcos Perez

EXHIBIT 3

XR Spine Lumbar AP/Lat/Flex/Ext 2-3 vws

PEREZ, MARCO - 000700588265

* Final Report *

Result Type:
Result Date:
Result Status:
Result Title:
Performed By:
Verified By:
Encounter info:

XR Spine Lumbar AP/Lat/Flex/Ext 2-3 vws
06 September 2017 14:36
Authenticated
XR Spine Lumbar AP/Lat/Flex/Ext
HARRELL, MD, ALAN DOUGLAS on 06 September 2017 15:02
GARG, MD, ANKUR on 07 September 2017 7:56
100021714050, NMH, Outpatient, 9/6/2017 -

## * Final Report *

Reason For Exam
Lumbago with sciatica, unspecified side

Report
PROCEDURE:    XR Spine Lumbar (AP/Lateral/Flex/Ext)

HISTORY: 42 years-old Male with Lumbago with sciatica, unspecified side .

COMPARISON: None.

FINDINGS:

There are 5 lumbar-type vertebral bodies. There is moderate narrowing at the L3-L5
disc spaces. There are large anterior and lateral osteophytes in the lower lumbar
spine. Vertebral body height is maintained. There is slight straightening of the
normal lumbar lordosis. There is mild retrolisthesis of L3 on L4.

IMPRESSION:

Lower lumbar spine degenerative disease.

Signature Line
FINAL REPORT
THE ATTENDING RADIOLOGIST INTERPRETED THIS STUDY WITH THE RESIDENT
WHOSE NAME APPEARS BELOW, AND FULLY AGREES WITH THE REPORT
AND HAS AMENDED THE REPORT WHEN NECESSARY:

Attending Radiologist:   GARG, MD, ANKUR  MD
Radiology Resident:  HARRELL, MD, ALAN DOUGLAS  ADH
Date Signed Off:  09/07/2017 07:56
Transc. by:  TR  09/06/2017 15:02
Dictated by:  HARRELL, MD, ALAN DOUGLAS  09/06/2017 15:02

Completed Action List:

Printed by:     Diaz, Marissa
Printed on:     9/12/2017 8:56

## Past, Family, & Social History

### Tobacco Use
Smoking status Unknown if ever smoked
Counseling given Other

### Alcohol Use
Alcohol intake
Counseling given Not Applicable

### Substance Use
Substance use Other
Counseling given Not Applicable

### HPI/ROS/EXAM
HPI/ROS/EXAM
Subjective
HPI - 41 yo male new patient for eval of lower back pain which started a year ago as the result of a fall.
Pain is rated 9/10 and described as constant. The pain is alleviated by nothing and aggravated by activity.
Pt has received prior Orthoopedic treatment in the past and now presents himself for further treatment and
evaluation. Patient denies any numbness, tingling or paresthesia.   Diabetic? No

He has has lumbar disc surgery three times in the past.  1999 L3-L5, 2001 L3-L5--Dr. Lie at Thorek and
2004 L5.  He has had injections in the past with no help.  An MRI was done at Little Mary Hospital in 11/
2016.  He has had decreased sensation in both legs for several years.

The pain is left > right.

Objective
Pt in NAD.  A&O x3.  Mood/affect is normal.
Low back: left > right paraspinal tenderness.  Central tenderness.  Negative SLR.  Toes: motor is 5/
5.  Sensation is decreased globally.

## RECENT RESULTS

RESULTS
RECENT IMAGING RESULTS
Xray: degen changes at L4/L5 and more severe at L5/S1.
*

ABOVE RESULTS REVIEWED.

## Assessment/Plan

Assessment/Plan
Problem List
Current Visit Problems:
  o M47.26 - Osteoarthritis of spine with radiculopathy, lumbar region

Orders
Prescriptions - No medication data entered

Patient Education

Degenerative Disk Disease

**Additional information**
- Recommend Naproxen 500mg po bid with food.
- Recommend referral to spine surgeon to evaluate for possible spinal fusion.
- RTO PRN

Electronically signed by Snitovsky MD,Peter on 06/14/17 at 1418.

FROM Infectious Disease                                                                    P   2

## MUSCLE AND NERVE, PA
1860 CHADWICK DRIVE
SUITE 104
MERIT HEALTH CENTRAL MEDICAL OFFICES
JACKSON, MISSISSIPPI 39204
PHONE: 601-376-1963 • FAX: 601-982-9535

Michael C. Graeber, M.D.                                          Alan R. Moore, M.D

### ELECTRODIAGNOSTIC CONSULTATION

FILE ID: 43882
Name: MARCO PEREZ
Date of Birth: 6/17/75   Gender: MALE
Height: 5'5"              Weight: 220 LBS

Date: 28 January 2019 9:27 AM
Referred by: DR. ANTHONY CHAMBERS
Examined by: DR. ALAN MOORE

17174-379

**PATIENT HISTORY:** 43 YEAR-OLD MALE WITH LEFT LOWER EXTREMITY PAIN. HE HAS HAD CHRONIC LOW BACK AND LOWER EXTREMITY PAIN TREATED WITH LOW BACK SURGERIES AND INTERVENTIONAL PROCEDURES. PAIN IS PROMINENT IN THE LEFT BUTTOCKS AND POSTERIOR THIGH. DISCOMFORT HAS BEEN WORSE OVER THE LAST 3 YEARS. WALKING EXACERBATES DISCOMFORT. SYMPTOMS ARE BETTER WHEN LYING ON HIS SIDE. BURNING DISCOMFORT OCCURS IN THE LEFT POSTERIOR THIGH AS WELL AS THE SOLES OF THE FEET. THERE IS NO WEAKNESS. MEDICAL HISTORY INCLUDES DIABETES FOR 27 YEAR AND HYPERTENSION. REVIEW OF SYSTEMS, MEDICAL RECORDS AND MEDICATIONS WERE REVIEWED AND ARE AVAILABLE IN THE CHART.

**EXAM FINDINGS:** PATIENT IS IN NO DISTRESS. ALERT. NORMAL LANGUAGE AND FUND OF KNOWLEDGE. NORMAL EXTRAOCULAR MOVEMENTS. SYMMETRIC FACE. NO DYSARTHRIA. STRONG SHOULDER SHRUG. NORMAL MUSCLE BULK, TONE AND STRENGTH. SENSATION IS REDUCED TO PIN IN THE LOWER EXTREMIITES COMPARED TO UPPER EXTREMIITES. MILD VIBRATORY LOSS AT THE ANKLE. REFLEXES ARE 2+ AT THE KNEES AND ABSENT AT THE ANKLES. NORMAL GAIT AND COORDINATION. DIFFICULT TO PALPATE PULSES IN THE FEET.

**NEUROPHYSIOLOGIC STUDIES / FINDINGS:** AVAILABLE IN EMG/NCS DATA REPORT

**IMPRESSIONS:**    NORMAL STUDY

NO EVIDENCE OF A SIGNIFICANT TIBIAL, PERONEAL, OR SCIATIC NEUROPATHY ON EITHER SIDE, POLYNEUROPATHY, MYOPATHY, OR ACTIVE LEFT LUMBOSACRAL RADICULOPATHY BY CONCENTRIC NEEDLE EMG OF THE LEFT LOWER EXTREMITY

**COMMENT / PLAN:** THERE IS NO EVIDENCE OF ACTIVE RADICULAR MOTOR AXON INJURY ASSOCIATED WITH LEFT LOWER EXTREMITY PAIN. MILD NERVE ROOT IRRITATION IS DIFFICULT TO EXCLUDE. SMALL FIBER SENSORY POLYNEUROPATHY SECONDARY TO DIABETES COULD BE CONTRIBUTING TO BURNING DISCOMFORT IN THE FEET.

Medical Records
FCC Yazoo City
2225 Haley Barbour Parkway
Yazoo City, MS 39194

THANKS.
ALAN

_____
Alan R. Moore, M.D.



**National Diagnostic** IMAGING · 25700 Science Park, Suite 180 · Beachwood, OH 44122 · **Correctinal Diagnostic Imaging, Inc.**

| | | | |
|---|---|---|---|
| **NAME:** | MARCO PEREZ | **PATIENT NUMBER:** | 17174-379 |
| **REF. PHYSICIAN:** | UNKNOWN | **STUDY DATE:** | 2/11/2019 |
| **DATE OF BIRTH:** | 1975-06-17 | **GENDER:** | M |

**EXAM:** MRI LUMBAR WO

**CLINICAL HISTORY:** CHRONIC LUMBOSACRAL RADICULOPATHY PAIN LAMINECTOMIES LT SIDED L3-4 L4-5 ON MRI DONE 2017

**INDICATIONS:** This patient has low back pain radiating to both legs and there is the possibility of a disc herniation causing radiculopathy.

**PROCEDURE:** Sagittal and axial T1, T2, and/or inversion recovery sequences were performed.

**FINDINGS:** At L1-2 there is no disc herniation, central or neural foraminal narrowing.

At L2-3 there is no central or neural foraminal compromise. The disc is not degenerated.

There is disc degeneration from L3-4 through L5-S1.

There is evidence for a prior left hemilaminectomy at L3-4 where there is diffuse disc degeneration and focal protrusion of the disc into the left neural foramen caudally measuring approximately 11 mm. There is mild to moderate left neural foraminal narrowing. There is lateral bulging of the disc into the right neural foramen causing mild to moderate stenosis as well. There is no central canal narrowing.

At L4-5 there has been a prior left hemilaminectomy. There is diffuse disc bulging. The neural foramen show moderate bilateral stenosis. There is no recurrent central canal narrowing.

At L5-S1 there is disc bulging without central canal stenosis. The neural foramen show moderate right and mild left stenosis.

**IMPRESSION:** Disc degeneration from L3-4 through L5-S1.

Prior left hemilaminectomy at L3-4 and L4-5.

Bulging disc with focal protrusion into the left neural foramen at L3-4. Both neural foramen show mild to moderate stenosis.

Moderate bilateral neural foraminal narrowing with disc bulging at L4-5.

Moderate right and mild left neural foraminal narrowing at L5-S1.

---

Perez, Marco (MR # 000700588265)                                    Encounter Date: 10/24/2017

**Perez, Marco**
Male, 42y/o, 06/17/1975
Last Weight: 223 lb (101.152 kg)
Last Height: 5' 5" (1.651 m)
Preferred Phone: 615-324-5772
PCP: None
Language: English
Need Interp: No

Allergies
No Known Allergies

Health Maintenance: Due
FYI
None

Primary Ins: COMMERCI
MRN: 000700588265
MyChart: Inactive
Next Appt: None
Next Appt with Me: None

## MR SPINE LUMBAR WWO CONTRAST
**Status:** Final result   **Visible to patient:** Not Released   **Dx:** Chronic bilateral low back pain

### Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| David J Rusinak, MD | 10/24/2017 | Routine |

Narrative

PROCEDURE: MR Spine Lumbar WWO Contrast

HISTORY: Back pain and leg pain. 3 previous lumbar spine surgeries.

COMPARISON: None.

TECHNIQUE: Sagittal T1, T2, STIR, axial T1 and T2 obtained followed by postcontrast axial T1 and sagittal T1 with fat saturation.

FINDINGS: Left-sided laminectomies are noted at L3-4 and L4-5. There is a small amount of gradient susceptibility in the overlying subcutaneous back soft tissues likely representing scar/hemosiderin deposition.

There is mild retrolisthesis of L5 on S1. This may be secondary to facet degeneration. Other lumbar vertebral bodies are normally aligned. Vertebral body heights are maintained. There is degenerative disc disease L3-4, L4-5, and L5-S1. At these levels
there is moderate loss of disc height and disc desiccation. There is mild associated reactive endplate marrow signal and erosion.

The distal cord and conus are normal in contour and caliber without pathologic signal or abnormal enhancement. There is no pathologic intraspinal enhancement. There is no evidence of arachnoiditis.

L1-2: No narrowing.

L2-3: No narrowing.

L3-4: There is a diffuse disc bulge which extends into the neural foramina. There is mild bilateral facet degeneration. There is mild narrowing of the spinal canal. There is minimal narrowing of the neural foramina.

L4-5: There is a diffuse disc bulge and mild bilateral facet degeneration. This results in mild narrowing of the spinal canal and narrowing of the subarticular zones. There is no substantial neural foraminal stenosis.

L5-S1: There is a diffuse disc bulge and mild bilateral facet degeneration. No significant spinal canal stenosis is present. There is mild narrowing of the neural foramina.

The bladder is partially visualized though does appear distended.

IMPRESSION: Postsurgical changes are noted from prior left-sided laminectomies at L3-4 and L4-5.

There is multilevel degenerative disc disease extending from L3 through S1 with multilevel diffuse disc bulges resulting in only mild spinal canal narrowing, as detailed above.

FINAL REPORT

Attending Radiologist:  RUSINAK, MD, DAVID J  MD
Date Signed Off:  10/24/2017 16:09
Transc. by:  TR  10/24/2017 16:09
Dictated by:  RUSINAK, MD, DAVID J  10/24/2017 16:09

Specimen Collected: 10/24/17  Last Resulted: 10/24/17
2:50 PM                        4:09 PM

## Other Results from 10/24/2017

### CREATININE, POS

**Status: Edited Result - FINAL    Visible to patient: Not Released**

|  | Ref Range | 2:09 PM |
|---|---|---|
| Creatinine, Bld (Point of Care) | 0.8-1.5 mg/dL | 0.9 |
| GFR,POC (African American,Est) | >=59 mL/min/1.73m2 | >60 |
| GFR,POC (non-African Amer,Est) | >=50 mL/min/1.73m2 | >60 |
| Resulting Agency | NMH | |

Specimen Collected:          Last Resulted: 10/24/17
10/24/17 2:09 PM             2:13 PM

### Status of Other Orders

|  | Lab Status | Result Date | Provider Status |
|---|---|---|---|
| CREATININE, POS | Edited Result - FINAL | 10/24/2017 | Reviewed Tue Oct 24, 2017 2:14 PM |

MCG Chicago
51301-424

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Adm: 10/24/2017, D/C: 10/24/2017

## Patient Demographics

| Address | Phone |
|---|---|
| 71 W VAN BUREN<br>CHICAGO IL 60605 | 615-324-5772 (Home)<br>847-860-0001 (Work) |

## CREATININE, POS [155183069]

Electronically signed by: Nmh Pathnet Lab Interface on 10/24/17    Status: **Completed**
1409
Ordering user: Nmh Pathnet Lab Interface 10/24/17 1409    Ordering provider: Tyler R Koski, MD
Authorized by: Tyler R Koski, MD
Frequency: Once 10/24/17 1415 - 1 Occurrences

Resulted: 10/24/17 1413, Result status: Edited
Result – FINAL

## CREATININE, POS [155183070]

Ordering provider: Tyler R Koski, MD  10/24/17 1409    Resulting lab: NORTHWESTERN MEMORIAL
HOSPITAL

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 10/24/17 1409 |

### Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Creatinine,Bld (Point of Care) | 0.9 | 0.8-1.5 mg/dL | | NMH |
| GFR,POC (African American,Est) | >60 | >=59 mL/min/1.73m2 | | NMH |
| GFR,POC (non-African Amer,Est) | >60 | >=59 mL/min/1.73m2 | | NMH |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1 - NMH | NORTHWESTERN MEMORIAL HOSPITAL | Unknown | Chicago IL 60611 | 01/18/96 0000 - Present |

| Order | MR SPINE LUMBAR WWO CONTRAST [IMG 1394] (Order 155183068) |
|---|---|

## MR SPINE LUMBAR WWO CONTRAST [155183067]

Electronically signed by: Corinthia Chappell on 10/06/17 1059    Status: **Completed**
Ordering user: Corinthia Chappell 10/06/17 1059    Authorized by: Angela M Tosaw, APN, CNP
Frequency: 10/24/17 1333 - 1 Occurrences
Diagnoses:
  Chronic bilateral low back pain [M54.5, G89.29]
Questions:
  How will the order be obtained? Epic - Chart Review
  Is provider in system? Yes

| Results | MR SPINE LUMBAR WWO CONTRAST (Order 155183068) |
|---|---|

Resulted: 10/24/17 1609, Result status: Final
result

## MR SPINE LUMBAR WWO CONTRAST [155183068]

| Resulted by: David J Rusinak, MD | Performed: 10/24/17 1400 - 10/24/17 1400 |
|---|---|

Printed on 11/1/2017  8:24 PM

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Adm: 10/24/2017, D/C: 10/24/2017

Resulted: 10/24/17 1609, Result status: Final result

MR SPINE LUMBAR WWO CONTRAST [155183068] (continued)

| | |
|---|---|
| Resulting lab: | NORTHWESTERN MEMORIAL HOSPITAL |
| Narrative: | PROCEDURE: MR Spine Lumbar WWO Contrast |

HISTORY: Back pain and leg pain. 3 previous lumbar spine surgeries.

COMPARISON:None.

TECHNIQUE: Sagittal T1, T2, STIR, axial T1 and T2 obtained followed by postcontrast axial T1 and sagittal T1 with fat saturation.

FINDINGS: Left-sided laminectomies are noted at L3-4 and L4-5. There is a small amount of gradient susceptibility in the overlying subcutaneous back soft tissues likely representing scar/hemosiderin deposition.

There is mild retrolisthesis of L5 on S1. This may be secondary to facet degeneration. Other lumbar vertebral bodies are normally aligned. Vertebral body heights are maintained. There is degenerative disc disease L3-4, L4-5, and L5-S1. At these levels there is moderate loss of disc height and disc desiccation. There is mild associated reactive endplate marrow signal and erosion.

The distal cord and conus are normal in contour and caliber without pathologic signal or abnormal enhancement. There is no pathologic intraspinal enhancement. There is no evidence of arachnoiditis.

L1-2: No narrowing.

L2-3: No narrowing.

L3-4: There is a diffuse disc bulge which extends into the neural foramina. There is mild bilateral facet degeneration. There is mild narrowing of the spinal canal. There is minimal narrowing of the neural foramina.

L4-5: There is a diffuse disc bulge and mild bilateral facet degeneration. This results in mild narrowing of the spinal canal and narrowing of the subarticular zones. There is no substantial neural foraminal stenosis.

L5-S1: There is a diffuse disc bulge and mild bilateral facet degeneration. No significant spinal canal stenosis is present. There is mild narrowing of the neural foramina.

The bladder is partially visualized though does appear distended.

IMPRESSION: Postsurgical changes are noted from prior left-sided laminectomies at L3-4 and L4-5.

There is multilevel degenerative disc disease extending from L3 through S1 with multilevel diffuse disc bulges resulting in only mild spinal canal narrowing, as detailed above.
FINAL REPORT

Attending Radiologist: RUSINAK, MD, DAVID J MD
Date Signed Off: 10/24/2017 16:09

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Adm: 10/24/2017, D/C: 10/24/2017

Resulted: 10/24/17 1609, Result status: Final result

MR SPINE LUMBAR WWO CONTRAST [155183068] (continued)
Transc. by: TR 10/24/2017 16:09
Dictated by: RUSINAK, MD, DAVID J 10/24/2017 16:09

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
| Radmil | | 10/24/17 1450 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|-------------------|
| 1. - NMH | NORTHWESTERN MEMORIAL HOSPITAL | Unknown | Chicago IL 60611 | 01/18/96 0000 - Present |

## END OF REPORT

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

## Progress Notes

**Dost M Khan, MD at 1/11/2018 3:55 PM**
Author Type: Anesthesiologist     Status: Signed

### ATTENDING STATEMENT

Patient presents with:
Low Back Pain
Leg Pain

### Consult Requested By:

The patient is a 42 yo M w/ Hx of DM II, HLD, and chronic low back pain who is here for evaluation of low back and leg pain. Patient w/ Hx of left L3-4 and L4-5 laminectomies > 10 years ago. About 19 months ago noted recurrence of low back pain, L>R, after stopping medications. Pain located in L>R low back with radiation down bilateral posterior legs to hamstring level. Pain is constant ache with intermittent sharp exacerbations. Pain associated with numbness of toes on bilateral feet, and subjective weakness. Feels he loses his balance while walking b/c of weakness- has fallen a few times. Cannot identify any alleviating factors. Pain exacerbated by physical activity and position. Has sought care and underwent ESI and lumbar medial branch RFA with < 1 month of benefit. Is contemplating spine fusion in future. No recent PT. Here for possible ESI.

The patient denies any new weakness, bowel or bladder dysfunction. No antibiotics, No anticoagulants.

## Past Medical History
PAST MEDICAL HISTORY

| DIAGNOSIS | DATE |
|---|---|
| • DM (DIABETES MELLITUS) | |
| • HYPERLIPIDEMIA | |
| • LOW BACK PAIN | |

## Past Surgical History
PAST SURGICAL HISTORY

| PROCEDURE | LATERALITY | DATE |
|---|---|---|
| • PR PERC LAMINO-/LAMINECTOMY INDIR IMAG GUIDE LUMBAR L3-4, L4-5 | LEFT | 2004 |
| • APPENDECTOMY | | |
| • TREAT HUMERUS FRACTURE | | |

## Family History
FAMILY HISTORY:

| RELATION: | PROBLEMS: |
|---|---|
| Father | Diabetes |
| Mother | Diabetes |

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

## Progress Notes (continued)

Dost M Khan, MD at 1/11/2018 3:55 PM (continued)

Social History
SOCIAL HISTORY:
Marital Status: Unknown    Spouse Name:
Years of Education:    Number of children:

Tobacco Use: Quit    Packs/Day:    Years:
    Comment: quit 2yrs ago
Alcohol Use: No
Drug Use:    No
Sexually Active: Not Asked

## Medications

Current Outpatient Prescriptions on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • glipiZIDE 10 MG TABS | 1 TABLET DAILY BEFORE A MEAL | | |
| • MetFORMIN HCl 1000 MG TABS | 1 TABLET TWICE DAILY WITH FOOD | | |
| • lisinopril 5 MG TABS | 1 TABLET DAILY | | |
| • Atorvastatin Calcium 20 MG TABS | 1 TABLET DAILY | | |
| • acetaminophen 325 MG TABS | 2 TABLETS EVERY 4 HOURS AS NEEDED | | |

No current facility-administered medications on file prior to visit.

## Allergies

Review of patient's allergies indicates no known allergies.

A 10 point review of system was completed and negative, except as noted below

EXAM:
BP 128/69 mmHg | Pulse 108 | Temp(Src) 98.5 °F (36.9 °C) (Oral) | Ht 5' 5" (1.651 m) | Wt 220 lb (99.791 kg) | BMI 36.61 kg/m2 | SpO2 98%
Gen: 42 yo M in NAD, A&Ox3, pleasant
MSK: Full range of motion of lower extremities without pain, crepitus
Derm: No rashes/suspicious skin lesions.
Lumbar Spine:
 Gait: Unable to assess- patient in restraints
 Facet Loading: + pain with facet loading maneuvers
 Palpation (multifidus, erector spinae, piriformis and gluteal muscles): No TTP
 Muscle Bulk: Symmetric

| STRENGTH | R | L | STRENGTH | R | L |
|---|---|---|---|---|---|

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

## Progress Notes (continued)

**Dost M Khan, MD at 1/11/2018 3:55 PM (continued)**

| | | | | |
|---|---|---|---|---|
| | | Psoas (L2) | 5 | 5 |
| | | Quad (L3) | 5 | 5 |
| | | ATib (L4) | 5 | 5 |
| | | Gastr (S1) | 5 | 5 |
| | | EHL (L5) | 5 | 5 |
| | | Hamstring (S2) | 5 | 5 |

| Provocative Tests | Result |
|---|---|
| SLR sitting | + on L |
| SLR supine | |
| Patrick/FABER | |
| Gaenslen's | |
| Thigh Thrust | |
| SI Joint Distraction | |
| SIJ tenderness with palption | |
| Pace sign for piriformis sx | |
| Trochanteric bursa tenderness | |

| DTR | R | L | DTR | R | L | DTR | R | L |
|---|---|---|---|---|---|---|---|---|
| | | | Patellar | 2 | 2 | Babinski | - | - |
| | | | Achilles | 1 | 0 | Clonus | - | - |
| | | | | | | Hoffman | | |

Sensory/Dermatomes:
   R: Diminished across all toes
   L: Diminished across all toes

Studies: MRI of lumbar spine:

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

## Progress Notes (continued)

### Dost M Khan, MD at 1/11/2018 3:55 PM (continued)



L1-2: No narrowing.
L2-3: No narrowing.
L3-4: There is a diffuse disc bulge which extends into the neural foramina. There is mild bilateral facet degeneration. There is mild narrowing of the spinal canal. There is minimal narrowing of the neural foramina.
L4-5: There is a diffuse disc bulge and mild bilateral facet degeneration. This results in mild narrowing of the spinal canal and narrowing of the subarticular zones. There is no substantial neural foraminal stenosis.
L5-S1: There is a diffuse disc bulge and mild bilateral facet degeneration. No significant spinal canal stenosis is present. There is mild narrowing of the neural foramina.

Dx:
1. Lumbar radiculitis
2. Lumbar spondylosis

Plan:
1. Patient with L>R lumbar radicular symptoms that appear to follow an S1 dermatomal pattern. No neurologic deficit appreciated on exam. Has failed conservative treatment to date with gabapentin. I suspect bulk of pain could be arising from pathology at L4/L5 levels. Given previous Hx of laminectomy recommend proceeding with caudal ESI w/ catheter to L4-5 interspace. The treatment plan was based on careful patient evaluation, which included review of patient's presenting symptoms, systematic review of the various systems, evaluation of the past medical, family and social history and the review of current and past medications. The assessment was also based on thorough physical examination, vital signs, and the imaging and laboratory studies. The procedure was performed after a thorough face-to-face discussion of the risks, benefits, alternatives, personnel, and complications of the procedure. Complications include, but are not limited to bleeding, hematoma, infection, nerve injury, sexual dysfunction, loss of bowel or bladder function, paralysis, organ injury, other unforseen devastating injuries, and death. The patient understood these possible risks and agreed to the procedure. After fully informed consent, we proceeded with caudal ESI w/ catheter to L4-5 interspace without apparent complication. No heme, no CSF, no paresthesias. See procedure note for full details. I was

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

## Progress Notes (continued)

### Dost M Khan, MD at 1/11/2018 3:55 PM (continued)

personally present for the entire procedure.
2. Patient was given written discharge instructions.
3. Recommend increasing gabapentin to 600mg tid.
4. Advised to perform PT.
5. RTC prn. If pain persists will have to re-evaluate his pain generator.

Education was provided to the patient regarding operative and invasive procedures. The education was completed using face to face conversation, and the recipient expressed understanding through verbal confirmation.

Dost M Khan, MD

---

Lavin Pain Medicine Center
Interventional Procedure Note

Procedure: Caudal ESI w/ catheter to L4-5 interspace

Caudal epidural injection

Procedure Date: 1/11/2018  Patient Name: Marco Perez  DOB: 6/17/1975
Allergies: Review of patient's allergies indicates no known allergies.

Time out was performed 1/11/2018 at 4:20 PM.
Performed by Dost M Khan, MD
Present for the Time-Out: Dr. Dost Khan and Jonathan Sarmiento
Consent Obtained and Documented: Confirmed
Correct patient:Confirmed
Correct procedure: Confirmed
Correct side/site: Confirmed
Correct patient position: Confirmed
Correct side/site marking visible: Confirmed
Correct X-Rays available: Confirmed
Equipment available: Confirmed

Attending Physician: Dost M Khan
Assistants: Dost M Khan, MD
Diagnosis:
1.    Lumbar radiculitis

Patient Position: Prone
Sterile prep with: Chloroprep and draped in the standard fashion
Approach: Midline

Needle(s): 17g 3.5" Tuohy

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

## Progress Notes (continued)

### Dost M Khan, MD at 1/11/2018 3:55 PM (continued)

Image Guidance: yes
Description of needle placement or dye spread during contrast study or description of ultrasound imaging:

Patient was prepped and draped in sterile fashion. Following this timeout was performed verifying patient's name, allergies, procedure, and sidedness. Under lateral view, sacral cornu identified. Overlying skin and subcutaneous tissue anesthetized with 5cc of 1% lidocaine. Following this 17g Tuohy advanced through sacral hiatus. AP view obtained, Tuohy needle well below S2 foramen, and then catheter advanced to L4-5 interspace. After negative aspiration for CSF and heme, 1cc of contrast administered confirming epidural intake and negative for intravascular and intrathecal uptake. Following this injectate administered without complication. Tuohy and catheter removed fully intact.

no intra-vascular or intrathecal dye spread noted during the contrast injection
images saved to hard drive/DICOM server
hard copy fluoro images saved and filed

Pain Relief: N/A

## DRUGS ADMINISTERED:

**Administrations This Visit**

Iopamidol 200 mg/ml (ISOVUE-M) 41 % injection 3 mL

| Admin Date | Action | Dose | Route | Administered By | | |
|---|---|---|---|---|---|---|
| 01/11/2018 | Given | 3 mL | EPIDURAL | Dost M Khan, MD | | |

triamcinolone acetonide (KENALOG) 40 mg/ml injection 80 mg

| Admin Date | Action | Dose | Route | Administered By | | |
|---|---|---|---|---|---|---|
| 01/11/2018 | Given | 80 mg | EPIDURAL | Dost M Khan, MD | | |

Additional Drugs/Substances Administered: 1% lidocaine 5 cc

Anesthesia for procedure: Local; Pulse oximetry, NIBP monitoring for entire procedure;

Time: 4:25          BP: 145/78          P: 82          R: 16          SP O2: 97

Fluoro time: 18s

## DISCHARGE SUMMARY:
Complications: None
Condition on Discharge: Stable and unchanged from admission-Yes
Disposition/Discharge: Home

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

## Progress Notes (continued)

### Dost M Khan, MD at 1/11/2018 3:55 PM (continued)

Post-op or Final Diagnosis:
1.    Lumbar radiculitis

Written Post-Procedure Instructions with Emergency Contact Information Were Given to Patient Prior to Discharge, patient or caregiver acknowledged receipt: Yes

Dost M Khan, MD

## Progress Notes

### Dost M Khan, MD at 1/11/2018 3:55 PM
Author Type: Anesthesiologist        Status: Signed

### ATTENDING STATEMENT

Patient presents with:
Low Back Pain
Leg Pain

### Consult Requested By:

The patient is a 42 yo M w/ Hx of DM II, HLD, and chronic low back pain who is here for evaluation of low back and leg pain. Patient w/ Hx of left L3-4 and L4-5 laminectomies > 10 years ago. About 19 months ago noted recurrence of low back pain, L>R, after stopping medications. Pain located in L>R low back with radiation down bilateral posterior legs to hamstring level. Pain is constant ache with intermittent sharp exacerbations. Pain associated with numbness of toes on bilateral feet, and subjective weakness. Feels he loses his balance while walking b/c of weakness- has fallen a few times. Cannot identify any alleviating factors. Pain exacerbated by physical activity and position. Has sought care and underwent ESI and lumbar medial branch RFA with < 1 month of benefit. Is contemplating spine fusion in future. No recent PT. Here for possible ESI.

The patient denies any new weakness, bowel or bladder dysfunction.  No antibiotics, No anticoagulants.

### Past Medical History
PAST MEDICAL HISTORY

| DIAGNOSIS | DATE |
| --- | --- |
| · DM (DIABETES MELLITUS) | |
| · HYPERLIPIDEMIA | |
| · LOW BACK PAIN | |

### Past Surgical History
PAST SURGICAL HISTORY

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

## Progress Notes (continued)

Dost M Khan, MD at 1/11/2018 3:55 PM (continued)

| PROCEDURE | LATERALITY | DATE |
|---|---|---|
| • PR PERC LAMINO-/LAMINECTOMY INDIR IMAG GUIDE LUMBAR | LEFT | 2004 |
|     _L3-4, L4-5_ | | |
| • APPENDECTOMY | | |
| • TREAT HUMERUS FRACTURE | | |

## Family History
FAMILY HISTORY:

| RELATION: | PROBLEMS: |
|---|---|
| Father | Diabetes |
| Mother | Diabetes |

## Social History
SOCIAL HISTORY:
Marital Status: Unknown     Spouse Name:
Years of Education:     Number of children:

Tobacco Use: Quit     Packs/Day:     Years:
   Comment: quit 2yrs ago
Alcohol Use: No
Drug Use:   No
Sexually Active: Not Asked

## Medications
Current Outpatient Prescriptions on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • glipiZIDE 10 MG TABS | 1 TABLET DAILY BEFORE A MEAL | | |
| • MetFORMIN HCl 1000 MG TABS | 1 TABLET TWICE DAILY WITH FOOD | | |
| • lisinopril 5 MG TABS | 1 TABLET DAILY | | |
| • Atorvastatin Calcium 20 MG TABS | 1 TABLET DAILY | | |
| • acetaminophen 325 MG TABS | 2 TABLETS EVERY 4 HOURS AS NEEDED | | |

No current facility-administered medications on file prior to visit.

## Allergies
Review of patient's allergies indicates no known allergies.

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

## Progress Notes (continued)

### Dost M Khan, MD at 1/11/2018 3:55 PM (continued)

A 10 point review of system was completed and negative, except as noted below

EXAM:
BP 128/69 mmHg | Pulse 108 | Temp(Src) 98.5 °F (36.9 °C) (Oral) | Ht 5' 5" (1.651 m) | Wt 220 lb (99.791 kg) | BMI 36.61 kg/m2 | SpO2 98%
Gen: 42 yo M in NAD, A&Ox3, pleasant
MSK: Full range of motion of lower extremities without pain, crepitus
Derm: No rashes/suspicious skin lesions.
Lumbar Spine:
 Gait: Unable to assess- patient in restraints
 Facet Loading: + pain with facet loading maneuvers
 Palpation (multifidus, erector spinae, piriformis and gluteal muscles): No TTP
 Muscle Bulk: Symmetric

| STRENGTH | R | L | STRENGTH | R | L |
|----------|---|---|----------|---|---|
|          |   |   | Psoas (L2) | 5 | 5 |
|          |   |   | Quad (L3) | 5 | 5 |
|          |   |   | ATib (L4) | 5 | 5 |
|          |   |   | Gastr (S1) | 5 | 5 |
|          |   |   | EHL (L5) | 5 | 5 |
|          |   |   | Hamstring (S2) | 5 | 5 |

| Provocative Tests | Result |
|-------------------|--------|
| SLR sitting | + on L |
| SLR supine | |
| Patrick/FABER | |
| Gaenslen's | |
| Thigh Thrust | |
| SI Joint Distraction | |
| SIJ tenderness with palption | |
| Pace sign for piriformis sx | |
| Trochanteric bursa tenderness | |

| DTR | R | L | DTR | R | L | DTR | R | L |
|-----|---|---|-----|---|---|-----|---|---|
|     |   |   | Patellar | 2 | 2 | Babinski | - | - |
|     |   |   | Achilles | 1 | 0 | Clonus | - | - |
|     |   |   |          |   |   | Hoffman | | |

Sensory/Dermatomes:
 R: Diminished across all toes
 L: Diminished across all toes

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

## Progress Notes (continued)

**Dost M Khan, MD at 1/11/2018 3:55 PM (continued)**

Studies: MRI of lumbar spine:



L1-2: No narrowing.
L2-3: No narrowing.
L3-4: There is a diffuse disc bulge which extends into the neural foramina. There is mild bilateral facet degeneration. There is mild narrowing of the spinal canal. There is minimal narrowing of the neural foramina.
L4-5: There is a diffuse disc bulge and mild bilateral facet degeneration. This results in mild narrowing of the spinal canal and narrowing of the subarticular zones. There is no substantial neural foraminal stenosis.
L5-S1: There is a diffuse disc bulge and mild bilateral facet degeneration. No significant spinal canal stenosis is present. There is mild narrowing of the neural foramina.

Dx:
1. Lumbar radiculitis
2. Lumbar spondylosis

Plan:
1. Patient with L>R lumbar radicular symptoms that appear to follow an S1 dermatomal pattern. No neurologic deficit appreciated on exam. Has failed conservative treatment to date with gabapentin. I suspect bulk of pain could be arising from pathology at L4/L5 levels. Given previous Hx of laminectomy recommend proceeding with caudal ESI w/ catheter to L4-5 interspace. The treatment plan was based on careful patient evaluation, which included review of patient's presenting symptoms, systematic review of the various systems, evaluation of the past medical, family and social history and the review of current and past medications. The assessment was also based on thorough physical examination, vital signs, and the imaging and laboratory studies.The procedure was performed after a thorough face-to-face discussion of the risks, benefits, alternatives, personnel, and complications of the procedure. Complications include, but are not limited to bleeding, hematoma, infection, nerve injury, sexual dysfunction, loss of bowel or bladder function, paralysis, organ injury, other unforseen devastating injuries, and death. The patient understood these possible risks and agreed to the procedure. After fully informed consent, we proceeded with caudal ESI w/ catheter to L4-5 interspace without

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

## Progress Notes (continued)

### Dost M Khan, MD at 1/11/2018 3:55 PM (continued)

apparent complication. No heme, no CSF, no paresthesias. See procedure note for full details. I was personally present for the entire procedure.
2. Patient was given written discharge instructions.
3. Recommend increasing gabapentin to 600mg tid.
4. Advised to perform PT.
5. RTC prn. If pain persists will have to re-evaluate his pain generator.

Education was provided to the patient regarding operative and invasive procedures. The education was completed using face to face conversation, and the recipient expressed understanding through verbal confirmation.

Dost M Khan, MD

---

Lavin Pain Medicine Center
**Interventional Procedure Note**

Procedure: Caudal ESI w/ catheter to L4-5 interspace

Caudal epidural injection

Procedure Date: 1/11/2018 Patient Name: Marco Perez DOB: 6/17/1975
Allergies: Review of patient's allergies indicates no known allergies.

Time out was performed 1/11/2018 at 4:20 PM.
Performed by Dost M Khan, MD
Present for the Time-Out: Dr. Dost Khan and Jonathan Sarmiento
Consent Obtained and Documented: Confirmed
Correct patient:Confirmed
Correct procedure: Confirmed
Correct side/site: Confirmed
Correct patient position: Confirmed
Correct side/site marking visible: Confirmed
Correct X-Rays available: Confirmed
Equipment available: Confirmed

Attending Physician: Dost M Khan
Assistants: Dost M Khan, MD
Diagnosis:
1.    **Lumbar radiculitis**

Patient Position: Prone
Sterile prep with: Chloroprep and draped in the standard fashion
Approach: Midline

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

## Progress Notes (continued)

### Dost M Khan, MD at 1/11/2018 3:55 PM (continued)

Needle(s): 17g 3.5" Tuohy
Image Guidance: yes
Description of needle placement or dye spread during contrast study or description of ultrasound imaging:

Patient was prepped and draped in sterile fashion. Following this timeout was performed verifying patient's name, allergies, procedure, and sidedness. Under lateral view, sacral cornu identified. Overlying skin and subcutaneous tissue anesthetized with 5cc of 1% lidocaine. Following this 17g Tuohy advanced through sacral hiatus. AP view obtained, Tuohy needle well below S2 foramen, and then catheter advanced to L4-5 interspace. After negative aspiration for CSF and heme, 1cc of contrast administered confirming epidural intake and negative for intravascular and intrathecal uptake. Following this injectate administered without complication. Tuohy and catheter removed fully intact.

no intra-vascular or intrathecal dye spread noted during the contrast injection
images saved to hard drive/DICOM server
hard copy fluoro images saved and filed

Pain Relief: N/A

DRUGS ADMINISTERED:
**Administrations This Visit**

Iopamidol 200 mg/ml (ISOVUE-M) 41 % injection 3 mL

| Admin Date | Action | Dose | Route | Administered By | | | |
|------------|--------|------|-------|-----------------|---|---|---|
| 01/11/2018 | Given | 3 mL | EPIDURAL | Dost M Khan, MD | | | |

triamcinolone acetonide (KENALOG) 40 mg/ml injection 80 mg

| Admin Date | Action | Dose | Route | Administered By | | | |
|------------|--------|------|-------|-----------------|---|---|---|
| 01/11/2018 | Given | 80 mg | EPIDURAL | Dost M Khan, MD | | | |

Additional Drugs/Substances Administered: 1% lidocaine 5 cc

Anesthesia for procedure: Local; Pulse oximetry, NIBP monitoring for entire procedure;

Time: 4:25          BP: 145/78          P: 82          R: 16          SP O2: 97

Fluoro time: 18s

DISCHARGE SUMMARY:
Complications: None
Condition on Discharge: Stable and unchanged from admission-Yes

NORTHWESTERN MEDICAL FACULTY FOUNDATION
675 N ST CLAIR ST
CHICAGO IL 60611-2957

PEREZ,MARCO
MRN: 000700588265
DOB: 6/17/1975, Sex: M
Enc. Date: 01/11/18

Progress Notes (continued)

Dost M Khan, MD at 1/11/2018 3:55 PM (continued)
Disposition/Discharge: Home
Post-op or Final Diagnosis:
1.     Lumbar radiculitis

Written Post-Procedure Instructions with Emergency Contact Information Were Given to Patient Prior to Discharge, patient or caregiver acknowledged receipt: Yes

Dost M Khan, MD

---

**END OF REPORT**

---

PRESENCE ST. MARY'S HOSPITAL
500 West Court Street
Kankakee, IL 60901
815-937-2455
DIAGNOSTIC IMAGING SERVICES

NAME: PEREZ, MARCO A
PHYSICIAN: Brent R Huffines P.A.C.
UNIT #: DJ00639629
ACCT #: DJ0012121273

DOB/AGE/SEX: 06/17/1975 - 41 - M
ADMIT DATE:
DIS DATE:
LOC/RM/BED: H01MRI -

DIAGNOSTIC IMAGING
MAGNETIC RESONANCE IMAGING
MR LUMBAR SPINE WO CONTRAST : 1118-0001
DATE PERFORMED: 11/18/16
REPORT #: 1119-0111
REPORT STATUS: Signed

CLINICAL INDICATOR:
LOW BACK PAIN, PREVIOUS SURGERY.

STUDY/TECHNIQUE:
MRI of the lumbar spine obtained using standard protocol in high-field scanner without contrast dated 11-18-2016.

COMPARISON:
None available.

FINDINGS:
For purposes of this dictation the last lumbar-type vertebral body will be numbered L5. Using this dictation numbering system conus medullaris ends at the level of L1. There is no acute lumbar compression fracture deformity seen. No significant spondylolisthesis of the lumbar spine is seen. Artifact from previous intervention within subcutaneous region within paravertebral musculature and posteriorly at the lower lumbar levels.

Individual disc levels are discussed as follows:

L5-S1:
There is decreased disc space and disc desiccation seen. Broad-based disc bulge effacing the ventral aspect of the thecal sac. Anterior osteophyte is seen. Mild to moderate facet arthritis is seen. Mild to moderate right lateral recess and right neural foraminal narrowing.

L4-L5:
Disc desiccation is seen. Anterior osteophyte is seen. Broad-based disc bulge effacing the ventral aspect of the thecal sac. Left laminectomy changes. There is small left paracentral disc protrusion superimposed on broad-based disc bulge leading to mild left lateral recess stenosis. Mild neural foraminal narrowing is seen. No infectious spondylitis, pseudomeningocele, or arachnoiditis is seen.

L3-L4:
There is disc desiccation seen. Anterior osteophyte seen. Mild disc bulge effacing the ventral aspect of the thecal sac. Superimposed left paracentral disc protrusion leading to mild left lateral recess stenosis. Mild bilateral neural foraminal narrowing and anterior osteophyte is seen. No infectious spondylitis, pseudomeningocele, or arachnoiditis.

L2-L3:
Disc desiccation is seen. However no significant spinal or foraminal stenosis.

The remaining levels are grossly unremarkable.

*[handwritten: Refer to Pain management Santiago C OAK]*

Department's copy
Department
REPORT # : 1119-0111
1 of 2
Print time: 11/20/16 at 1051

PRESENCE ST. MARY'S HOSPITAL
DIAGNOSTIC IMAGING SERVICES

NAME: PEREZ, MARCO A        UNIT #: DJ00639629        ACCT #: DJ0012121273

Cystic mass seen within the left kidney measuring approximately 1.5 cm compatible with simple cyst

IMPRESSION:

Spondylitic changes of the lumbar spine from L3-4 through L5-S1 with postsurgical changes as described above. There is soft tissue density within the left L3-4 and left L4-5 and right L5-S1 levels with associated neural foraminal narrowing however, evaluation is limited due to lack of intravenous contrast.

DICTATED: Farid F Shafaie M.D.
<Electronically signed by Farid F Shafaie M.D.>

Farid F Shafaie M.D.
11/20/16 1051
DRAFT UNTIL SIGNED

S: Signed
D: 11/18/16 0923
T: 11/19/16 1424 TB

CC: Brent R Huffines, P.A.C.; Detention Center Jerome Combs; Jeffery D Long, M.D.

Department's copy
Department
REPORT # : 1119-0111
2 of 2
Print time: 11/20/16 at 1051

EXHIBIT 4



| | | **Individualized Reentry Plan - Program Review (Inmate Copy)** | | **SEQUENCE: 01781946** |
|---|---|---|---|---|
| | | Dept. of Justice / Federal Bureau of Prisons | | **Team Date: 12-06-2019** |
| | | Plan is for inmate: PEREZ, MARCO  17174-379 | | |

| | | |
|---|---|---|
| Facility: | DAN DANBURY FCI | Proj. Rel. Date:  06-09-2021 |
| Name: | PEREZ, MARCO | Proj. Rel. Mthd:  GCT REL |
| Register No.: | 17174-379 | DNA Status:  BMM04391 / 09-21-2012 |
| Age: | 44 | |
| Date of Birth: | 06-17-1975 | |

**Detainers**

| Detaining Agency | | Remarks |
|---|---|---|
| A029643981; WILL DEPORT | | null |

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| DAN | YARD 6-2 | YARD 6 AM TO 2 PM | 08-12-2019 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| DAN | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 09-20-2012 |
| DAN | GED XN | EXEMPT GED NON-PROMOTABLE | 09-20-2012 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| DAN | | DRAWING | 10-22-2019 | CURRENT |
| YAP | W | SPANISH GED M-F 8-10; MCGINTY | 02-11-2019 | 05-21-2019 |
| MNA M | W | FCI SPANISH GED M-F 0730-0900 | 07-19-2018 | 10-18-2018 |
| MNA M | C | RPP #6 FISH DEVELOPING INSIGHT | 09-11-2018 | 09-13-2018 |
| MNA M | C | RPP6-DEPRESSION STUDY | 09-06-2018 | 09-11-2018 |
| MNA M | C | RPP6-ANGER MANAGEMENT STUDY | 09-04-2018 | 09-06-2018 |
| MNA M | C | RPP6-FISH RETURNING HOME | 08-28-2018 | 08-30-2018 |
| MNA M | C | RPP1-AIDS * DISEASE PREVENTION | 07-02-2018 | 07-02-2018 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 10-02-2012 |
| CARE2 | STABLE, CHRONIC CARE | 06-25-2018 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 07-23-2019 |
| MED HOLD | MEDICAL HOLD - DO NOT TRANSFER | 08-02-2018 |
| NO PAPER | NO PAPER MEDICAL RECORD | 03-19-2018 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 06-25-2018 |
| YES F/S | CLEARED FOR FOOD SERVICE | 06-25-2018 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 01-08-2019 |
| ED EXEM | DRUG EDUCATION EXEMPT | 06-20-2019 |
| NR DIS | NRES DRUG TMT/DISCONTINUED | 07-30-2019 |

**FRP Details**

| Most Recent Payment Plan |
|---|

| **FRP Assignment:** | **COMPLT** | **FINANC RESP-COMPLETED** | **Start: 03-19-2019** |
|---|---|---|---|
| Inmate Decision:  **AGREED** | **$24.92** | Frequency: **SINGLE** | |
| Payments past 6 months:  **$0.00** | | Obligation Balance: **$0.00** | |

**Financial Obligations**



## Individualized Reentry Plan - Program Review  (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: PEREZ, MARCO   17174-379

SEQUENCE: 01781946
Team Date: 12-06-2019

### Most Recent Payment Plan

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | ASSMT | $10.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

**Payment Details**

Trust Fund Deposits - Past 6 months:   $2,830.00            Payments commensurate ?   Y

New Payment Plan:          ** No data **

### Progress since last review

Continues to maintain clear conduct and remain free of incident reports. Currently enrolled in Drawing Class. FRP Complete.

### Next Program Review Goals

Recommend you re-enroll in Spanish GED class by 5-2020.

### Long Term Goals

Continue to recommend you save money in your pre-release account. Save $10.00/month through 12-2020.

### RRC/HC Placement

No.
Criminal alien releasing to custody of ICE.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources : N/A-Releasing to ICE
- Offense : Illegal Re-Entry
- Prisoner : 44 Year Old Hispanic Male
- Court Statement : 70M BOP/4Y Sup. Release
- Sentencing Commission : N/A-Not a Parole Case.

Excluded from RRC Consideration. Releasing to Custody of ICE.

### Comments

Treaty Transfer: Not eligible.